# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Patricia Perasso,

Plaintiff(s)

v.

Hartford Life and Acc. Ins. Co., et al.,

Defendant(s)

Case No. C 16-3422 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: 9/13/2016          Signed: /s/ Margaret E. Hasselman
                                 Attorney for Plaintiff

Date: 9/13/2016          Signed: /s/ Keiko J. Kojima
                                 Attorney for Defendant

Print Form

☒  IT IS SO ORDERED
☐  IT IS SO ORDERED WITH MODIFICATIONS:

_[signature]_
U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" <u>or</u> "Stipulation & Proposed Order Selecting ENE" <u>or</u> "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 6-2016*