IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PERASSO,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MWH AMERICAS, INC.,<br><br>Defendants. | No. C 16-03422 WHA<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

The Court is in receipt of the parties' stipulated request to suspend briefing deadlines because the parties "reached a settlement in principle" (Dkt. No. 30). This order extends upcoming briefing deadlines by two weeks to give the parties a reasonable opportunity to finalize their settlement and dismiss this action. The new deadlines are as follows:

• Defendants' lodging of administrative record: December 1

• Plaintiff's opening brief: December 1

• Defendants' opening and opposition brief: December 15

• Plaintiff's opposition and reply brief: December 29

• Defendants' reply brief: January 12, 2017

• Joint final pretrial order: January 12, 2017

The final pretrial conference is continued from January 5, 2017 to **JANUARY 19, 2017**. Trial is continued from January 9 to **JANUARY 23, 2017**.

**IT IS SO ORDERED.**

Dated: November 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE