UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA PERASSO, | Case No. 3:16-cv-03422-WHA |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MWH AMERICAS, INC., | **[Filed concurrently with Stipulation for Dismissal]** |
| Defendants. | |

Upon consideration of the Parties' Stipulation for dismissal of this entire action with prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all parties. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 2, 2016.           _____
                                    Honorable William Alsup
                                    United States District Court Judge